# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 21 WAL 2016
:
        Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
JOSEPH HALL, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue and Wecht did not participate in the consideration or decision of this matter.